**UNITED STATES of America, Plaintiff–Appellee,**

v.

**William Elliott HICKS, Defendant–Appellant.**

**No. 07–10896**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 27, 2008.

Richard A. Grossman, Atlanta, GA, for Defendant–Appellant.

Amy Levin Weil, Jon–Peter Kelly, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Richard A. Grossman, appointed counsel for William Hicks, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Hicks's convictions and aggregate sentence are **AFFIRMED.**

Also, while counsel's motion to withdraw was pending, Hicks filed three motions to compel production of transcripts and other documents. As neither the Federal Rules of Criminal Procedures nor the Federal Rules of Appellate Procedure authorize discovery on appeal, Hicks's motions are **DENIED.**